537 U.S. 1191
 WEST 41ST STREET REALTY LLC ET AL.
v.
NEW YORK STATE URBAN DEVELOPMENT CORPORATION, DBA EMPIRE STATE DEVELOPMENT CORPORATION, ET AL.
 No. 02-910.
 Supreme Court of United States.
 February 24, 2003.
 
 1
 CERTIORARI TO THE APPELLATE DIVISION, SUPREME COURT OF NEW YORK, FIRST JUDICIAL DEPARTMENT.
 
 
 2
 App. Div., Sup. Ct. N.Y., 1st Jud. Dept. Certiorari denied. Reported below: 298 App. Div. 2d 1, 744 N. Y. S. 2d 121.